**Order entered October 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00692-CV

## IN RE DOUGLAS CLARENCE CROCKER, JR., Relator

**Original Proceeding from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 199-83698-2020**
**(Magistrate Cause No. DCMAG-48043-2020)**

## ORDER

Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/　BONNIE LEE GOLDSTEIN
　　JUSTICE